**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Gurlal Singh,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05823-PHX-SHD

**ORDER**

On August 19, 2026, Petitioner filed a Petition for Writ of Habeas Corpus challenging his immigration detention as a violation of his due process rights. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 4.) Respondents' response stated:

> Respondents do not oppose the habeas petition or the request for a bond hearing pursuant to 8 U.S.C. § 1226(a).

(Doc. 7.) Upon consideration of the Response and Petitioner's Reply (Doc. 8), the Court deems the response of non-opposition to granting Petitioner a bond hearing as Respondents waiving the opportunity to argue against the remainder of the Petition and Petitioner's requested relief of release from custody. Therefore, the Court will require Petitioner be released under the same conditions that existed prior to his detention.

///

///

///

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. Any remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately** release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

**IT IS FINALLY ORDERED** the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 27th day of August, 2026.

Honorable Sharad H. Desai
United States District Judge